MEMORANDUM OPINION


No. 04-09-00724-CV


IN RE John Goode HARING

Original Mandamus Proceeding (1)


 

PER CURIAM


Sitting: Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 Rebecca Simmons, Justice

 

Delivered and Filed: November 18, 2009


PETITION FOR WRIT OF MANDAMUS DENIED

 On November 13, 2009, relator filed a petition for writ of mandamus and a motion for
emergency temporary relief. The court has considered relator's petition for writ of mandamus and
the emergency motion and is of the opinion that relator is not entitled to the relief sought. 
Accordingly, the petition for writ of mandamus and the motion for emergency temporary relief are
DENIED. See Tex. R. App. P. 52.8(a). 

 PER CURIAM
1. This proceeding arises out of Cause No. 2000CR6366, in the 186th Judicial District Court, Bexar County,
Texas, the Honorable Maria Teresa Herr presiding.